UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL ADAMIK, | ) |
|         Petitioner, | ) Case No. CV 13-1306 JST (AJW) |
|         v. | ) |
| BRENDA M. CASH, WARDEN, | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
|         Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: September 11, 2013

                                              JOSEPHINE STATON TUCKER
                                              Josephine Staton Tucker
                                              United States District Judge