UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DANIEL ADAMIK,** | ) CV NO. 13-1306-JST(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **BRENDA M. CASH, Warden,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 11, 2013

JOSEPHINE STATON TUCKER
Josephine Staton Tucker
United States District Judge