UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL ADAMIK,<br><br>               Petitioner,<br><br>       v.<br><br>BRENDA M. CASH, Warden,<br><br>              Respondent. | )  CV NO.  13-1306-JST(AJW)<br>)<br>)<br>)  JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 11, 2013

JOSEPHINE STATON TUCKER
_____
Josephine Staton Tucker
United States District Judge

1